# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ALIN CHRISTOPHER PROPHETE,

     Plaintiff,

v.                           CASE NO.  4:18cv204-RH/GRJ

FLORIDA DEPARTMENT
OF CORRECTIONS,

     Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on July 9, 2018.

                    s/Robert L. Hinkle_____
                    United States District Judge